Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Carmine DiPiero, Bar No. 035255
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
cdipiero@strucklove.com

*Attorneys for Defendant CoreCivic*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Williams, | NO. _____ |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Jody Bradley, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1441(c), Defendant CoreCivic, Inc. ("CoreCivic") notices the removal of Cause No. S1100CV202403108 from the Superior Court of the State of Arizona, County of Pinal to the United States District Court for the District of Arizona, Phoenix Division. Removal is proper for the following reasons:

1.  On November 27, 2024, Plaintiff Joshua Williams filed a Complaint against CoreCivic and various other defendants in the Superior Court of Arizona, County of Pinal, under the caption, "*Joshua Williams v. Jody Bradley, et al.*," Cause Number S1100CV202403108. A copy of the Complaint is attached as **Exhibit 1**.

2.  CoreCivic received informal notice of this pleading on January 10, 2025, when Struck Love Bojanowski & Acedo, PLC received a letter from Plaintiff dated December 23, 2024 containing a Request for Waiver of Service and copy of the Complaint. CoreCivic executed and returned the Waiver of Service to Plaintiff on January 17, 2025.

3. This Notice of Removal is being filed within thirty days after initial notice of the Complaint and is thereby timely filed under 28 U.S.C. § 1446(b).

4. CoreCivic is the only defendant who has been "properly joined and served" and thus consent to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A) from the other defendants is not required.

5. Plaintiff asserts claims arising under both federal and state law. Specifically, Plaintiff asserts federal law claims pursuant to 42 U.S.C. § 1983 for Fifth and Fourteenth Amendment Due Process violations. Plaintiff also asserts a state law claim for negligence.

6. The Court has original jurisdiction of the federal claims asserted by Plaintiff pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

7. True and correct copies of all pleadings available for download on the docket for the Superior Court of Arizona, County of Pinal are attached as part of **Exhibit 2**.

8. Defendants filed a Notice of Filing Notice of Removal in the Superior Court of Arizona, County of Pinal, which is attached as **Exhibit 3**.

9. CoreCivic will wait to file a responsive pleading to Plaintiff's Complaint until this Court has ruled on its forthcoming Request to Screen Complaint and Stay Proceedings pursuant to 28 U.S.C. § 1915A(a).

WHEREFORE, CoreCivic respectfully requests that the above-captioned action now pending in the Superior Court of Arizona, County of Pinal, be removed to this Court.

DATED this 6th day of February 2025.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By */s/ Carmine DiPiero*
Daniel P. Struck
Rachel Love
Carmine DiPiero
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant CoreCivic*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Joshua Williams (#A6031360)
SAGUARO CORRECTIONAL CENTER
1252 East Arica Road
Eloy, AZ 85131

*Plaintiff Pro Se*

/s/ Kim Penny